**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

IRON WORKERS DISTRICT   :
COUNCIL OF SOUTHERN OHIO  :
& VICINITY BENEFIT TRUST, et. al.  :
             :
    Plaintiff(s),    :   Case No.  3:10-cv-0196
             :
  vs.         :
             :
PATRIOT STEEL ERECTORS, INC. :
             :
    Defendant(s).    :

---

### ORDER OF DISMISSAL: TERMINATION ENTRY

---

   The above captioned case is dismissed without prejudice pursuant to notice by the Plaintiff on 5/7/2012 that the settlement in this case was not satisfied by the Defendant The case having been refiled on this courts docket the court will proceed with case 3:12-cv-053.

   **IT IS SO ORDERED.**

          _(signature)_

        WALTER HERBERT RICE,  JUDGE
        UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record